NOTE:  This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**IYM TECHNOLOGIES LLC,**
*Appellant*

**v.**

**RPX CORPORATION, ADVANCED MICRO DEVICES, INC.,**
*Appellees*

---

2019-1761

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01886.

---

**JUDGMENT**

---

MICHAEL DEVINCENZO, King & Wood Mallesons LLP, New York, NY, argued for appellant.  Also represented by ROBERT WHITMAN, ANDREA PACELLI, CHARLES WIZENFELD.

NATHAN R. SPEED, Wolf, Greenfield & Sacks, PC, Boston, MA, argued for appellees.  Also represented by RICHARD GIUNTA, BRYAN S. CONLEY, RANDY J. PRITZKER, ANANT KUMAR SARASWAT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 9, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |